UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>JOHN R. MONTANO AKA JOHN MONTANO<br><br>         Defendant. | CASE NO: 2:05-cv-05219-WDK(ASx)<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION PERMITTING SERVICE OF PROCESS [PROPOSED] |

IT IS HEREBY ORDERED, that Plaintiff's Application for Order Permitting Service of Process is Granted, and that any agent of DIRECT LEGAL SUPPORT, who is at least 18 years of age, of suitable discretion, and not a party for this action, be authorized and appointed to serve the writ issued in this action.

IT IS SO ORDERED

Dated: 2/5/2019

WILLIAM D. KELLER, DISTRICT JUDGE
UNITED STATES DISTRICT COURT

2